# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:

**Aaron James Salzer,**            Chapter 7

           Debtor.            BK 22-50273

---

**Mary R. Jensen, Acting United States Trustee,**

           Plaintiff,            Adv. No. 22-05008

v.

**Aaron James Salzer,**

           Defendant.

---

## UNSWORN DECLARATION ON THE MERITS AND AMOUNT DUE

---

      I, Nissa Atkinson, declare under penalty of perjury, that:

   1. I am employed as a Paralegal Specialist by the United States Department of Justice. My duty station is the Office of the United States Trustee for Region 12, and it is located in Minneapolis, Minnesota.

   2. I reviewed the plaintiff's complaint for accuracy both before and after it was filed with the Court. The plaintiff did not request a monetary judgment.

3. I reviewed the docket in this case and observed that the defendant did not file an answer to the plaintiff's complaint. As a result, the defendant did not deny any of the allegations in the plaintiff's complaint.

4. I reviewed multiple documents to verify the accuracy of the factual allegations contained in the plaintiff's complaint. The documents include the following:

   a. The Court's docket entries for the defendant's bankruptcy case and this case, including the defendant's address.

   b. The defendant's bankruptcy petition, schedules, and statement of financial affairs.

   c. Coinbase account statements issued to the defendant between April 14, 2021 and June 13, 2022.

   d. Audio recordings of the meeting of creditors conducted on July 7, 2022 and August 25, 2022.

   e. Email correspondence between the chapter 7 trustee, Erik Ahlgren, and John D. Lamey, III, counsel for the defendant in the defendant's bankruptcy case.

   f. Email correspondence between Colin Kreuziger, counsel for the plaintiff, and John D. Lamey, III, counsel for the defendant in the defendant's bankruptcy case.

5. Based on my review of the documents referenced above, I conclude that the factual allegations contained in the plaintiff's complaint are true and correct to the

best of my personal knowledge, information, and belief, with the following exception: Paragraph 15 contains a typographical error. Mr. Ahlgren sent the email in question on September 18, 2022, not September 16, 2022 as stated in the plaintiff's complaint.

Dated:  February 22, 2023    /e/ Nissa Atkinson
                             Nissa Atkinson